# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Joshua Lamm                    Case No:      04-41507
        Amanda Lamm                    Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

**Debtor Name and Address**                          **Amount of Dividend**

Joshua Lamm                                          $6.45
Amanda Lamm
3834 Crowder Road
Petersburg, VA 23803

Date:  09-28-11                                      /s/Carl M. Bates
                                                     Carl M. Bates
                                                     Chapter 13 Trustee